

**Order Filed on June 19, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Zoretta M. Johnson | Case No.: __16-31911__<br>Chapter: __13__<br>Hearing Date: _____<br>Judge: __JNP__ |

## ORDER VACATING

 Granting Motion For Relief From Stay re: 1503 Beach Avenue, Atlantic City, NJ 

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

 Granting Motion For Relief From Stay re: 1503 Beach Avenue, Atlantic City, NJ 

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____6/17/2019_____, be and the same is hereby vacated.

*revised 2/25/14*