Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16–31911–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Zoretta M. Johnson
  aka Zoretta Johnson
  1503 Beach Ave.
  Atlantic City, NJ 08401

Social Security No.:
  xxx–xx–4219

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/28/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 28, 2020
JAN: bc

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31911-JNP
Zoretta M. Johnson                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jan 28, 2020
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db         +Zoretta M. Johnson,   1503 Beach Ave.,   Atlantic City, NJ 08401-1605
cr         +BANK OF AMERICA, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
            Mt. Laurel, NJ 08054-3437
cr         +BSI Financial Services,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
            New York, NY 10004-1734
cr         +BSI Financial Services as servicer for U.S. Bank T,   Friedman Vartolo, LLP,
            1325 Franklin Avenue, Ste 230,   Garden City, NY 11530-1631
cr         +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
            Mt. Laurel, NJ 08054-3437
516523212  +DITECH FINANCIAL LLC,   Phelan Hallinan Diamond & Jones, PC,   400 Fellowship Road, Suite 100,
            Mt. Laurel, NJ 08054-3437
518246278  +FRIEDMAN VARTOLO, LLP,   Attorneys for BSI Financial Services,   85 Broad Street, Suite 501,,
            New York, New York 10004-1734
518585886  +MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
            Salt Lake City, UT 84119-3284
518585887  +MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
            Salt Lake City, UT 84115,   MEB Loan Trust IV,   84119-3284
516502516  ##+Mariner Finance,   2465 South Broad St,   Hamilton, NJ 08610-4700
516755619  +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
516697611  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
            TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Department of the Treasury,
            Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516502517  +South Jersey Gas Co.,   P.O. Box 6091,   Bellmawr, NJ 08099-6091
516502518  +State Of New Jersey,   P.O. Box 222,   Trenton, NJ 08646-0222
518290297  +U.S. Bank Trust National Association,   as Trustee of Chalet Series III Trust,
            c/o BSI Financial Services,   1425 Greenway Dr., Suite 400,   Irving, TX 75038-2480
518290298  +U.S. Bank Trust National Association,   as Trustee of Chalet Series III Trust,
            c/o BSI Financial Services,   1425 Greenway Dr., Suite 400,   Irving, TX 75038,
            U.S. Bank Trust National Association 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 00:00:18     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 00:00:15     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
516502511  +E-mail/Text: bankruptcy@pepcoholdings.com Jan 28 2020 23:59:39     Atlantic City Electric,
            P.O. Box 13610,   Philadelphia, PA 19101-3610
516535776   E-mail/Text: bankruptcy@pepcoholdings.com Jan 28 2020 23:59:39
            Atlantic City Electric Company,   Pepco Holdings, Inc.,
            Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
            Carneys Point, NJ  08069-3600
516502512  +EDI: BANKAMER.COM Jan 29 2020 04:13:00     Bank of America Home Loans,   P.O. Box 31785,
            Tampa, FL 33631-3785
516502513  +E-mail/Text: bankruptcy.bnc@ditech.com Jan 28 2020 23:59:41     Ditech,   P.O. Box 6154,
            Rapid City, SD 57709-6154
516701431   E-mail/Text: bankruptcy.bnc@ditech.com Jan 28 2020 23:59:41
            Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
            Rapid City, South Dakota 57709-6154
516505409  +E-mail/Text: bankruptcy@flagshipcredit.com Jan 29 2020 00:00:30     Flagship Credit Acceptance,
            PO BOX 3807,   COPPELL TX 75019-5877
516502514  +E-mail/Text: bankruptcy@flagshipcredit.com Jan 29 2020 00:00:30     Flagship Credit Acceptance,
            P.O. Box 1419,   Chadds Ford, PA 19317-0688
516502515   EDI: IRS.COM Jan 29 2020 04:13:00     Internal Revenue Service,   955 S. Springfield Ave.,
            Springfield, NJ 07081
516770070   EDI: ECMC.COM Jan 29 2020 04:13:00     US Department of Education,   P O Box 16448,
            Saint Paul MN 55116-0448
516617788  +EDI: WFFC.COM Jan 29 2020 04:13:00     Wells Fargo Bank  N A,
            Wells Fargo Education Financial Services,   301 E 58th Street N,   Sioux Falls SD 57104-0422
516618817   EDI: WFFC.COM Jan 29 2020 04:13:00     Wells Fargo Bank, N.A.,
            Wells Fargo Education Financial,   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
                                                                                           TOTAL: 13

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516643765   BANK OF AMERICA, N.A.
516523213*  Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1        User: admin            Page 2 of 2           Date Rcvd: Jan 28, 2020
                           Form ID: 148            Total Noticed: 29
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC shay@bbs-law.com,
           jpshay@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services as servicer for U.S. Bank
           Trust National Association as Trustee of Chalet Series III Trust bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Michael Frederick Dingerdissen    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Thomas E. Dowey    on behalf of Debtor Zoretta M. Johnson tdesquire@hotmail.com
                                                                        TOTAL: 12
```